UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAYED NAZRUL ISLAM,

        Plaintiff,                          Case Number 07-14115
                                                            Honorable David M. Lawson
v.                                                                      Magistrate Judge Donald A. Scheer

BUREAU OF CITIZENSHIP AND IMMIGRATION
SERVICES, SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY, DIRECTOR OF
THE FEDERAL BUREAU OF INVESTIGATION,
and THE ATTORNEY GENERAL OF THE
UNITED STATES,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Presently before the Court is the report issued on September 4, 2008 by Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. § 636(b) recommending that this Court dismiss the plaintiff's complaint for want of prosecution. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 6] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 23, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 23, 2008.

s/Felicia M. Moses
FELICIA M. MOSES

---